1  Emily Abraham (CA SBN 285019)
   emily@abrahamgautam.com
2  Gautam Jagannath (CA SBN 285020)
   gautam@abrahamgautam.com
3  **ABRAHAM & GAUTAM, LLP**
4  *Civil Rights Boutique*
   1400 Shattuck Avenue, Ste 12-160
5  Berkeley, CA 94709
   (p) 510.982.1190 (office)
6  (f) 510.761.7721(fax)

7
   *Attorneys for*
8  P.M.Q., BY AND THROUGH
   GUARDIAN AD LITEM PMQ MEDINA
9
                    **UNITED STATES DISTRICT COURT**
10                  **EASTERN DISTRICT OF CALIFORNIA**
                        **SACRAMENTO DIVISION**
11

12

13 | PMQ, A MINOR, by and through | Case No. 25-cv-1843-JDP |
   | *guardian ad litem* PABLO MEDINA, | |
14 | | **[PROPOSED] ORDER GRANTING** |
   | | **APPOINTMENT OF GUARDIAN AD** |
15 | PLAINTIFF, | **LITEM** |
16 | v. | |
17 | | |
18 | MARYSVILLE JOINT UNIFIED SCHOOL | |
   | DISTRICT, KELLE PICKELL, & DOES 1-20. | |
19 | | |
20 | DEFENDANTS. | |

21

22

23

24

25

26

27

28

- 1 -
**[PROPOSED]** ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM – 25-at-00854
*PMQ, A MINOR, BY AND THROUGH G.A.L. V. MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT, ET AL.*

1   The Court, having considered the Application for Appointment of Guardian Ad Litem filed

2   on behalf of P.M.Q., a minor, and good cause appearing orders that

3   PABLO MEDINA is appointed Guardian Ad Litem for P.M.Q., a minor plaintiff in the

4   above-captioned action.

5   The Guardian Ad Litem shall have the authority to (1) Appear on behalf of the minor

6

7   plaintiff in all proceedings in this action; (2) Make decisions regarding the prosecution of this action

8   on behalf of the minor; (3) Retain counsel to represent the minor's interests; (4) Execute all

9   necessary documents on behalf of the minor related to this litigation; (5) Take all actions necessary

10  to protect the minor's interests in this litigation.

11  The Guardian Ad Litem shall serve without compensation from the Court but may seek

12
    reimbursement for reasonable expenses incurred in fulfilling the duties of Guardian Ad Litem as
13
    part of any recovery in this action.
14

15  The Guardian Ad Litem shall continue to serve in this capacity until further order of this

16  Court, the minor reaches the age of majority, or until otherwise relieved by the Court.

17  Any settlement of the minor's claims shall be subject to Court approval pursuant to Local

18  Rule 202.

19

20
    IT IS SO ORDERED.
21

22
    Dated:    July 7, 2025                          _____
23                                                  JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

**[PROPOSED]** ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM – 25-at-00854
*PMQ, A MINOR, BY AND THROUGH G.A.L. V. MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT, ET AL.*