UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

P.M.Q.,

      Plaintiff,

      v.

MARYSVILLE JOINT UNIFIED
SCHOOL DISTRICT, *et al.*,

      Defendants.

Case No.  2:25-cv-1843-JDP

ORDER

This matter was before the court on June 11, 2026, for a hearing on defendant Kelle Pickell's motion to dismiss.  Attorney David Perrine appeared on behalf of Pickell, and attorney Gautam Jagannath appeared on behalf of plaintiff.  For the reasons stated on the record, Pickell's motion to dismiss, ECF No. 33, was granted, and plaintiff was not afforded leave to amend.

Additionally, because there are no remaining federal claims against Pickell in this action, the court declines to exercise supplemental jurisdiction over plaintiff's state-law claims against Pickell.  *See* 28 U.S.C. § 1367(c)(3) (a district court "may decline to exercise supplemental jurisdiction over a claim" if the court "has dismissed all claims over which it has original jurisdiction"); *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988) (finding that "in the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine—judicial economy, convenience, fairness, and

1

comity—will point toward declining to exercise jurisdiction over the remaining state-law claims").

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff's claim against Pickell for violation of 42 U.S.C. § 1983 is DISMISSED with prejudice.

2. Plaintiff's claims against Pickell for negligence and intentional infliction of emotional distress are DISMISSED without prejudice to being re-filed in a court of competent jurisdiction.

IT IS SO ORDERED.

Dated:    June 17, 2026                            _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2